IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00849-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

WILLIE HORTON,

    Applicant,
v.

JACK FOX,

    Respondent.
~~Respondents~~

### ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant, Willie Horton, is a federal prisoner incarcerated at ADX-Florence, Colorado.   He initiated this action by filing a "Writ of Habeas Corpus" (ECF No. 1).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  _X_   is not submitted
(2)  ___   is missing affidavit
(3)  ___   prisoner's trust fund statement is not certified
(4)  _X_   is missing certificate showing current balance in inmate trust fund account
(5)  ___   is missing an original signature by the prisoner
(6)  ___   is not on proper form (must use the Court's current form used in filing prisoner civil rights complaints)
(7)  ___   names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___   An original and a copy have not been received by the court. Only an original has been received.
(9)  _X_   other: Applicant may pay the $5.00 filing fee instead of filing a § 1915

1

motion and supporting documentation.

**Complaint, Petition or Application**:
(10) ____ is not submitted
(11) _X_ is not on proper form (must use the Court-approved form)
(12) ____ is missing an original signature by the prisoner
(13) ____ is missing page nos. ____
(14) ____ uses et al. instead of listing all parties in caption
(15) ____ An original and a copy have not been received by the court.   Only an original has been received.
(16) ____ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ____ names in caption do not match names in text
(18) ____ other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Applicant shall obtain the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to File Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (with the assistance of his case manager or the facility's legal assistant), at www.cod.uscourts.gov.   Mr. Horton shall use the forms in curing the deficiencies.   It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 19, 2016, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge